# WORKERS' COMPENSATION NOTICE

Most states now require employers to carry Workers' Compensation coverage for their employees. In a number of states this coverage applies to household workers, gardeners and even baby-sitters. The employer usually becomes liable to the employee for the protection after the employee has earned a certain minimum salary or worked a certain minimum number of hours per week/per quarter. You should consult the appropriate agency below for the requirements in your state.

We do not write Workers' Compensation in your state. Your current policy does not provide Medical Payments or Liability coverage for injury to an employee who is or is supposed to be covered by Workers' Compensation. This should not alarm you, however, since Workers' Compensation coverage can be obtained separately from another company or agency. Contact the department listed below for guidance in purchasing your Workers' Compensation coverage.

**REMEMBER,** you do not have to give up your present insurance with us in order to purchase Workers' Compensation coverage from another source.

**ALASKA**
Workmen's Compensation Division
Department of Labor
P.O. Box 25512
Juneau, AK 99802-5512

**COLORADO**
Workers' Compensation Section
Division of Labor
1120 Lincoln St., 14th Floor
Denver, CO 80203

**CONNECTICUT**
Workers' Compensation Commission
1890 Dixwell Avenue
Hamden, CT 06514

**DELAWARE**
Industrial Accident Board
State Office Building, 6th Floor
820 North French Street
Wilmington, DE 19801

**DISTRICT OF COLUMBIA**
DC Department of Employment Services
Labor Standards Bureau
Office of Workers' Compensation
64 New York Avenue, NE, 2nd floor
Washington, DC 20002

**HAWAII**
Disability Compensation Division
Department of Labor and Industrial Relations
P.O. Box 3769
Honolulu, HI 96812

**IOWA**
Division of Industrial Services, Department of Employment Services
1000 E. Grand Avenue
Des Moines, IA 50319

**KANSAS**
Division of Workers' Compensation
Department of Human Resources
600 Merchants Bank Tower
800 SW Jackson
Topeka, KS 66612-1227

**KENTUCKY**
Department of Workers' Claims
Perimeter Park West
1270 Louisville Rd, Building C
Frankfort, KY 40601

Ex. 10, P. 18

**MARYLAND**
Workers' Compensation Commission
6 North Liberty Street
Baltimore, MD 21201

**MASSACHUSETTS**
Department of Industrial Accidents
600 Washington St., 7th Floor
Boston, MA 02111

**MICHIGAN**
Bureau of Workers' Disability Compensation
Department of Labor
P.O. Box 30016
201 North Washington Square
Lansing, MI 48909

**MINNESOTA***
Workers' Compensation Division
Department of Labor and Industry
443 Lafayette Road
St. Paul, MN. 55155

**OHIO**
Workers' Compensation Board
30 West Spring Street
Columbus, OH 43266-0581

**OKLAHOMA**
Oklahoma Workers' Compensation Court
1915 N. Stiles
Oklahoma City, OK 73105

**SOUTH CAROLINA**
Workers' Compensation Commission
1612 Marion St.
P.O. Box 1715
Columbia, SC 29202

**SOUTH DAKOTA**
Division of Labor and Management
Department of Labor
Kneip Building, Third Floor
700 Govenors Drive
Pierre, SD 57501-2277

**UTAH**
Industrial Commission
160 East 300 South
Salt Lake City, UT 84111

* BE ADVISED that your policy only applies to injuries received by employees excluded from coverage by the Workers' Compensation statutes under Minn. Stat. 176.041, Subd. 1. You may be liable for any claims or expenses occurring outside of the Coverage of this policy. As an employer you may be subject to liability for lost wages, medical payments, rehabilitation for work related injuries, as well as additional amounts in penalties if workers' compensation coverage is required and no policy has been obtained. Also you may be penalized up to $1,000 per week per employee for any period of non-insurance pursuant to Minn. Stat. 176.181, Subd. 3.

Ex. 10, P. 19

## NOTICE OF POLICY CHANGES

### Alaska

We are making some changes to your homeowners policy. The changes are outlined below with the changes identified in the column labeled "Change". Any "Change" is effective with this renewal. The column labeled "Notes" provides an additional explanation of the change.

If, after reviewing these changes and explanations, you have any questions, please contact us at 210-531-USAA (8722), our mobile shortcut #8722 or 800-531-8722.

**Coverage descriptions are necessarily brief. For exact terms and conditions, please refer to your enclosed policy. In the event of an inconsistency between this notice and your policy, your policy provisions will control.**

### POLICY CHANGES

| Policy Provision | Prior to this renewal | Change | Notes |
|---|---|---|---|
| **DEFINITIONS: Actual cash value** | **"Actual cash value"** is calculated as the amount it would cost to repair or replace covered property at the time of loss or damage, with material of like kind and quality, subject to a deduction for deterioration, depreciation and obsolescence. **"Actual cash value"** applies to valuation of covered property regardless of whether that property has sustained a partial or total loss. The **"actual cash value"** of lost or damaged property may be significantly less than its replacement cost. | The new definition is as follows: **"Actual cash value"** is calculated as the amount it would cost to repair or replace covered property at the time of loss or damage, with material of like kind and quality, subject to a deduction for obsolescence and a **"deduction for depreciation"**. The **"deduction for depreciation"** will be determined as follows: For Coverage A or B, the deduction will be based on the age and condition of the materials making up the damaged property and will apply to materials, labor, sales tax and overhead and profit that are included in the cost to repair or replace the damaged property. | The definition of Actual cash value was revised to add an explanation of how the deduction for depreciation is determined for Dwelling, Other Structures, and Personal Property coverages. Ex. 10, P. 20 |

Case 4:20-cv-00041-SLG Document 26-12 Filed 11/17/21 Page 3 of 17

| | | | |
|---|---|---|---|
| | | For Coverage C, the deduction will be based on the age and condition of the damaged item and will apply to the cost of the item and any sales tax that is included in the cost to repair or replace the damaged item. **"Actual cash value"** applies to valuation of covered property regardless of whether that property has sustained a partial or total loss. The **"actual cash value"** of lost or damaged property may be significantly less than its replacement cost. | |
| **SECTION I - ADDITIONAL COVERAGES: Loss Assessment** | The limit for this coverage is $10,000. | The limit for this coverage is $50,000. | The limit for this coverage increased from $10,000 to $50,000. |
| **SECTION I - LOSSES WE DO NOT COVER for the HO-3R and HO-9R policy forms: Exclusion for Constant or Repeated Seepage** | Exclusion applies if the damage is caused by constant or repeated seepage or leakage of water or steam over a period of 14 days or more from within a plumbing, heating or air conditioning system or from within a household appliance. | Exclusion applies if the damage is caused by constant or repeated seepage or leakage of water or steam over a period of 14 days or more from within a plumbing, heating or air conditioning system or from within a household appliance, unless the seepage or leakage and the resulting damage is unknown to all insureds and is hidden within walls, floors, or ceilings or behind a stationary appliance. | Coverage was expanded so that damage caused by constant or repeated seepage or leakage is covered if the leak and resulting damage is unknown to all insureds and is hidden within walls, floors, or ceilings or behind a stationary appliance. Ex.10, P.21 |

| | | | |
|---|---|---|---|
| **For HO-3R and HO-6R policy forms, SECTION I - CONDITIONS: Loss Settlement**<br><br>**For HO-9R policy form, SECTION I - LOSS SETTLEMENT** | The period of time to claim recoverable depreciation is 12 months from the date of loss plus an additional 180 days if a request is made in writing. | The period of time to claim recoverable depreciation is within 12 months from the date we tender the actual cash value amount plus an additional 180 days if a request is made in writing.<br><br>The period of time to recover depreciation on a claim resulting from a Property Claims Service (PCS) catastrophe coded event is 18 months from the date we tender payment of the actual cash value amount plus an additional 180 days if a request is made in writing. | The time to claim recoverable depreciation is calculated from the later date on which we pay the actual cash value.<br><br>Additional time is given to insureds to claim recoverable depreciation in the event of a PCS catastrophe event. |
| **SECTION II - ADDITIONAL COVERAGES: Loss Assessment** | The limit for this coverage is $10,000. | The limit for this coverage is $50,000. | The limit for this coverage increased from $10,000 to $50,000. |

**CHANGES TO UNIT-OWNERS COVERAGE A SPECIAL COVERAGE ENDORSEMENT**

**(FORM HO-6R ONLY)**

| Policy Provision | Previous Endorsement HO-32AK(04-13) | New Endorsement HO-32AK(08-17) | Notes |
|---|---|---|---|
| **Exclusion for Constant or Repeated Seepage** | Exclusion applies if the damage is caused by constant or repeated seepage or leakage of water or steam over a period of 14 days or more from within a | Exclusion applies if the damage is caused by constant or repeated seepage or leakage of water or steam over a period of 14 days or more from within a | Coverage was expanded so that damage caused by constant or repeated seepage or leakage is covered if the leak and resulting damage is |

Ex. 10, P. 22

| | | | |
|---|---|---|---|
| | plumbing, heating or air conditioning system or from within a household appliance. | plumbing, heating or air conditioning system or from within a household appliance, unless the seepage or leakage and the resulting damage is unknown to all insureds and is hidden within walls, floors, or ceilings or behind a stationary appliance. | unknown to all insureds and is hidden within walls, floors, or ceilings or behind a stationary appliance. |
| **Exclusion for Weather Conditions** | The exclusion for weather conditions applies to LOSSES WE DO NOT COVER UNDER DWELLING PROTECTION AND OTHER STRUCTURES PROTECTION. | The exclusion for weather conditions applies to LOSSES WE DO NOT COVER UNDER DWELLING PROTECTION, AND PERSONAL PROPERTY PROTECTION. | Corrected the weather conditions exclusion so that it applies to Dwelling, and Personal Property coverages. Other Structures Protection was added, and Personal Property was previously omitted in error. |

**CHANGES TO SPECIAL PERSONAL PROPERTY COVERAGE ENDORSEMENT**

**(FORM HO-6R ONLY)**

| Policy Provision | Previous Endorsement HO-874(03) | New Endorsement HO-874(04) (07-16) | Notes |
|---|---|---|---|
| **Exclusion for Constant or Repeated Seepage** | Exclusion applies if the damage is caused by constant or repeated seepage or leakage of water or steam over a period of 14 days or more from within a plumbing, heating or air conditioning system or from within a household appliance. | Exclusion applies if the damage is caused by constant or repeated seepage or leakage of water or steam over a period of 14 days or more from within a plumbing, heating or air conditioning system or from within a household appliance, | Coverage was expanded so that damage caused by constant or repeated seepage or leakage is covered if the leak and resulting damage is unknown to all insureds and is hidden within walls, floors, or ceilings or behind a stationary appliance. |

Ex. 10, p. 23

| | | | |
|---|---|---|---|
| | | unless the seepage or leakage and the resulting damage is unknown to all insureds and is hidden within walls, floors, or ceilings or behind a stationary appliance. | |

Ex.10, P.24

# THIRD PARTY INSURANCE NOTIFICATION DESIGNEE
# ALASKA

A NAMED INSURED WHO IS 70 YEARS OF AGE OR OLDER AND A RESIDENT OF ALASKA IS ENTITLED TO DESIGNATE A THIRD PARTY TO RECEIVE ANY CANCELLATION, NONRENEWAL OR CONDITIONAL RENEWAL NOTIFICATIONS INVOLVING THIS ALASKA INSURANCE POLICY. SUCH NOTIFICATIONS WILL BE MADE TO THE DESIGNEE IN ADDITION TO ANY NOTIFICATIONS MADE TO YOU, THE NAMED INSURED.

SHOULD YOU QUALIFY AND ARE INTERESTED IN APPOINTING SUCH A DESIGNEE, PLEASE CONTACT US. YOU MAY CALL 1-800-531-8111. ADDITIONAL INFORMATION WILL BE MAILED TO YOU.

ALASKA INSURANCE LAW PROVIDES WE MAKE THIS NOTIFICATION ANNUALLY. YOU NEED NOT CONTACT US IF YOU HAVE ALREADY APPOINTED A DESIGNEE. NATURALLY, PLEASE FEEL FREE TO CONTACT US SHOULD YOU NEED TO CONFIRM OR MAKE ANY CHANGES TO YOUR DESIGNEE.

Ex. 10, P. 25

Ex. 10, P. 26

USAA
9800 Fredericksburg Road
San Antonio, Texas 78288

# PREFERRED PROTECTION PLAN - HOMEOWNERS POLICY

****READ YOUR POLICY CAREFULLY****

This policy is a legal contract between you, the policyholder, and us, the insurer. And like other contracts, it contains certain duties and responsibilities of both parties to the contract. This contract consists of the Declarations page, the policy, and any applicable endorsements.

**Your policy provides the coverages and amounts of insurance shown in the Declarations with a premium.**

This cover sheet provides only a brief outline of some of the important features of your policy. This is not the insurance contract and only the actual policy provisions will control. The policy itself sets forth, in detail, the rights and obligations of both you and your insurance company.

**IT IS THEREFORE IMPORTANT THAT YOU READ YOUR POLICY.**

## QUICK REFERENCE

| | Page |
|---|---|
| **AGREEMENT** | 1 |
| **DEFINITIONS** | 1 |
| **DEDUCTIBLE** | 3 |
| **SECTION I** | |
| **PROPERTY WE COVER** | 3 |
| Dwelling Protection | |
| Other Structures Protection | |
| Personal Property Protection | |
| Special Amounts | |
| Property We Do Not Cover | |
| Loss of Use Protection | |
| **ADDITIONAL COVERAGES** | 7 |
| Debris Removal | |
| Reasonable Repairs | |
| Trees, Shrubs, Plants | |
| Fire Department Charge | |
| Property Removed | |
| Credit Card and Identity Fraud | |
| Loss Assessment | |
| Collapse | |
| Lock Replacement | |
| Refrigerated Products | |
| Land | |
| Glass or Safety Glazing | |
| Landlord's Furnishings | |
| Building Ordinance or Law | |
| Temporary Living Expense | |

| | Page |
|---|---|
| Fungus, Or Wet or Dry Rot | |
| Military Uniforms | |
| War | |
| Electronic Media | |
| **LOSSES WE COVER** | 14 |
| Dwelling and Other Structures | |
| Personal Property | |
| **LOSSES WE DO NOT COVER** | 15 |
| **LOSS SETTLEMENT** | 19 |
| **CONDITIONS** | 21 |
| **SECTION II** | |
| **LIABILITY COVERAGES** | 25 |
| Personal Liability | |
| Medical Payments | |
| **EXCLUSIONS** | 26 |
| **ADDITIONAL COVERAGES** | 30 |
| Claims Expenses | |
| First Aid Expenses | |
| Damage to Property of Others | |
| Loss Assessment | |
| **CONDITIONS** | 31 |
| **SECTIONS I and II** | |
| **CONDITIONS** | 33 |

This policy is issued by Garrison Property and Casualty Insurance Company ("Garrison"), a subsidiary of USAA Casualty Insurance Company. Garrison is authorized to use the USAA logo, a registered trademark of United Services Automobile Association. This is a participating policy. You are entitled to dividends as may be declared by the Garrison Board of Directors.

Ex. 10, P. 27

## AGREEMENT

In return for payment of premium and subject to all terms of this policy, we will provide the insurance described.

## DEFINITIONS

In this policy, "you" and "your" refer to the "named insured" shown in the Declarations and the spouse when a resident of the same household. "We", "us" and "our" refer to the Company providing this insurance. Certain words and phrases are defined and are printed in boldface and quotation marks when used.

1. **"Actual cash value"** is calculated as the amount it would cost to repair or replace covered property, at the time of loss or damage, with material of like kind and quality, subject to a deduction for deterioration, depreciation and obsolescence. **"Actual cash value"** applies to valuation of covered property regardless of whether that property has sustained partial loss or total loss. The **"actual cash value"** of lost or damaged property may be significantly less than its replacement cost.

2. **"Aircraft"** means any conveyance used or designed for flight, except model or hobby aircraft not used or designed to carry people or cargo.

3. **"Bodily injury"** means physical injury, sickness or disease, including required care, loss of services and death that results.

   **"Bodily injury"** does not include mental injuries such as: emotional distress, mental anguish, humiliation, mental distress, or any similar injury unless it arises out of physical injury to the person claiming a mental injury.

4. **"Business"** means any full or part-time activity arising out of or related to any trade, profession or occupation of any **"insured"**.

5. **"Collapse"** means:

   a. A sudden falling or caving in;

   b. A sudden breaking apart or deformation such that the building or part of a building is in imminent peril of falling or caving in and is not fit for its intended use.

   Damage consisting solely of settling, cracking, shrinking, bulging or expansion is not covered by this additional insurance unless it is the direct result of **"collapse"**.

6. **"Damages"** means compensatory damages the **"insured"** is legally obligated to pay as a result of **"bodily injury"** or **"property damage"** covered by this insurance, but does not include punitive, exemplary or multiple damages.

7. **"Fungus"** means any microorganism or by-product of any microorganism, including but not limited to mold, mildew, fungi, mycotoxins and spores.

8. **"Hovercraft"** means a self-propelled motorized ground effect vehicle and includes, but is not limited to, flarecraft and air cushion vehicles.

9. **"Insured"** means:

   a. The **"member"**

   b. Spouse when a resident of the same household; and

   c. Residents of your household who are:

      (1) Your relatives; or

Ex. 10, P. 28

Case 4:20-cv-00041-SLG Document 26-12 Filed 11/17/21 Page 11 of 17
0901119ca428d3d1
USAA Confidential

(2) Other persons under the age of 21 and in care of any person named above.

Under SECTION II, **"insured"** also means:

d. With respect to animals, **" watercraft"** or **"personal watercraft"** to which this policy applies, any person or organization legally responsible for these animals, **" watercraft"** or **" personal watercraft"** which are owned by you or any person included in 9.a, 9.b or 9.c. above. A person or organization using or having custody of these animals, **" watercraft"** or **" personal watercraft"** in the course of any **" business"** or without consent of the owner is not an **" insured "**.

e. With respect to any vehicle or conveyance to which this policy applies:

(1) **"Residence employees"** while engaged in your employ or that of any person included in 9.a, 9.b. or 9.c. above; or

(2) Other persons using the vehicle on an **"insured location"** with your consent.

10. **"Insured location"** means:

a. The **"residence premises"**;

b. Any premises used by you in connection with 10.a. above;

c. Any part of a premises:

(1) Not owned by any **"insured"**; and

(2) Where any **"insured"** is temporarily residing;

d. Vacant land, other than farm land owned by or rented to any **"insured"**;

e. Land owned by or rented to any **"insured"** on which a one or two family dwelling is being built as a residence for any **"insured"**;

f. Individual or family cemetery plots or burial vaults of any **"insured"**; or

g. Any part of a premises occasionally rented to any **"insured"** for other than **"business"** use.

11. **"Member"** means the owner of the policy who is the person who meets all eligibility requirements for membership and whose membership number is shown in the Declarations of this policy.

12. **"Motor vehicle(s)"** means any type of motorized land vehicle or conveyance, whether or not subject to motor vehicle registration.

13. **"Named peril(s)"** means one or more of the perils listed under LOSSES WE COVER – PERSONAL PROPERTY PROTECTION.

14. **"Occurrence"** means an accident, including continuous or repeated exposure to substantially the same general harmful conditions, which results, during the policy period, in:

a. **"Bodily injury"**; or

b. **"Property damage"**.

15. **"Personal watercraft"** means a conveyance, used or designed to be used on water that uses a jet pump powered by an internal combustion engine as the primary source of propulsion.

16. **"Pollutants"** means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

17. **"Professional services"** means any type of service to the public that requires members rendering a service to obtain an advanced degree and/or obtain a license or other legal authorization to provide the service and includes, but is not limited to services rendered by dentists, naturopaths, chiropractors, physicians and surgeons, doctors of dentistry, physical therapists, occupational therapists, podiatrists, optometrists, nurses, nurse–midwives,

Ex. 10, P. 29

0901119ca428d3d1
USAA Confidential

veterinarians, pharmacists, architects, landscape architects, engineers, accountants, land surveyors, psychologists, attorneys-at-law, therapists, counselors and social workers.

18. **" Property damage "** means physical damage to, or destruction of tangible property, including loss of use of this property.

19. **"Residence employee"** means an employee of any **" insured"** whose primary duties are related to the maintenance or use of the **"residence premises "** , including household or domestic service.

20. **"Residence premises"** means:

1. The one family dwelling, other structures, and grounds; or

2. That part of any other building; Where you reside and which is shown as the **"residence premises"** in the Declarations.

**"Residence premises"** also means a two, family dwelling where you reside in at least one of the family units and which is shown as the **"residence premises"** in the Declarations.

21. **"Sudden and accidental"** means an abrupt, fortuitous event which is unintended from the perspective of a reasonable person.

22. **" War"** means war whether declared or undeclared; civil war; insurrection; rebellion; revolution; any warlike act by friendly or enemy forces, destruction or seizure for a military purpose.

23. **"Watercraft"** means a conveyance principally designed to be propelled on or in water by wind, current, paddles, oars, engine power or electric motor.

## DEDUCTIBLE

Unless otherwise noted in this policy, the following deductible provision applies:

Subject to the applicable amount of insurance that applies, we will pay only that part of the total of all loss payable under SECTION I – PROPERTY WE COVER that exceeds the deductible amount shown in the Declarations.

## SECTION I - PROPERTY WE COVER

### COVERAGE A - Dwelling Protection

We cover:

1. The dwelling on the **"residence premises"** shown in the Declarations, including structures attached to the dwelling;

2. Materials and supplies located on or next to the **"residence premises"** used to construct, alter, or repair the dwelling or other structures on the **"residence premises"**; and

3. Custom or permanently installed window treatments and permanently installed carpeting.

Except as specifically provided in SECTION I – ADDITIONAL COVERAGES, Land, we do not cover land, including land on which the dwelling is located.

### COVERAGE B - Other Structures Protection

We cover:

1. Other structures on the **"residence premises"**.

   a. We cover other structures on the **"residence premises"**:

      (1) Set apart from the dwelling by clear space; and

      (2) Sidewalks, driveways and fences; and

0901119ca428d3d1

USAA Confidential

Case 4:20-cv-00041-SLG Document 26-12 Filed 11/17/21 Page 13 of 17

(3) Structures connected to the dwelling by only a fence, utility line, or similar connection.

b. We do not cover:

(1) Land, except as specifically provided in SECTION I ADDITIONAL COVERAGES, Land, we do not cover land, including land on which the other structures are located;

(2) Structures used in whole or part for **"business"** unless such use consists solely of use of office space for paperwork, computer work or use of a telephone, and consists solely of activities that are:

(a) Duties of any **"insured 's"** employment by another; and

(b) Performed solely by an **"insured"**.

**2.** Other Structures away from the **"residence premises"**.

a. We cover other structures owned by you and located away from the **"residence premises"**, if used by you in connection with the **"residence premises"**.

b. We do not cover:

(1) Other structures located away from the **"residence premises"**:

(a) Being used as a dwelling; or

(b) Capable of being used as a dwelling; or

(c) Used in whole or part for **"business"**; or

(2) Land, including land on which the other structure is located.

The amount of insurance for all structures will not be more than the amount of insurance shown in the Declarations for Other Structures Protection.

**COVERAGE C - Personal Property Protection**

We cover;

Tangible personal property owned or used by any **"insured"** while it is anywhere in the world. After a loss and at your request, we will cover the loss of personal property owned by:

**1.** Others while the property is on the part of the **"residence premises"** occupied by any **"insured"**;

**2.** A guest or a **"residence employee"**, while the property is in any residence occupied by any **"insured "**.

The amount of insurance for personal property usually located at any **"insured's"** residence, other than the **"residence premises"** is limited to 10% of the amount of insurance for Personal Property Protection, or $1,000, whichever is greater.

Personal property in a newly acquired principal residence is not subject to this limitation for the 30 days from the time you begin to move the property there.

**Special Amounts of Insurance.** The special amounts set out below do not increase the Personal Property Protection amount of insurance. The special amount for each numbered category below is the total amount for each loss for all property in that category.

**1.** $200 for money, bank notes, bullion, gold other than goldware, silver other than silverware, platinum other than platinumware, coins, medals, scrip, stored value cards, smart cards and gift certificates including electronic gift certificates.

**2.** $1,000 for securities, accounts, deeds, evidences of debt, letters of credit, notes other than bank notes, manuscripts, passports and tickets.

This limit includes the cost to research, replace or restore the information from the lost or damaged material.

Ex. 10, P. 31

0901119ca428d3d1 USAA Confidential

This limit applies to these categories regardless of the medium (such as paper or computer software) on which the material exists.

3. $1,500 for **"watercraft"** or **"personal watercraft "**including their trailers, furnishings, equipment and outboard motors.

4. $1,500 for trailers not used with **"watercraft"** or **"personal watercraft"**.

5. $10,000 for loss by theft of jewelry, watches, precious and semi-precious stones, fur garments, including any garment containing fur, which represents its principal value.

6. $2,500 on stamps, trading cards and comic books, including any of these that are part of a collection.

7. $10,000 for loss by theft of firearms.

8. $10,000 for loss by theft of silverware, silver-platedware, goldware, gold-plated ware, platinumware, platinum-plated ware and pewterware. This category includes but is not limited to flatware, hollowware, tea sets, trays and trophies made of or including silver, gold or pewter.

9. (a) $10,000 for tangible **"business"** property at your residence.

   (b) $1000 for tangible **"business"** property away from your residence.

10. $3,000 on motorized golf carts and their equipment and accessories. But if, at the time of loss, there is any other insurance covering physical loss to golf carts, then this policy does not apply.

11. $3,000 for motorized vehicles designed or modified to operate at speeds not to exceed 15 miles per hour and for use off public roads. However, this limit does not apply to vehicles not subject to motor vehicle registration which are:

    a. Used to service any **"insured's"** residence, or
    b. Designed for assisting the handicapped.

**Property We Do Not Cover.**

1. Personal property separately described and specifically insured in this or other insurance.

2. Animals, birds or fish.

3. **"Motor vehicle(s)".** This includes but is not limited to:

   a. Equipment, accessories, and parts; or

   b. Any device or instrument for the transmitting, recording, receiving or reproduction of data, sound or pictures which is permanently installed in a **"motor vehicle".** We do not cover antennas, tapes, wires, discs or other media, for use with any such device or instrument, while in or upon the **"motor vehicle"**.

   We do cover **"motor vehicle(s)"** or all other motorized land conveyances not subject to motor vehicle registration which are:

   a. Used to service any **"insured's"** residence; or

   b. Designed for assisting the handicapped.

   We also cover:

   a. Motorized golf carts and their equipment and accessories; and

   b. Motorized vehicles designed or modified to operate at speeds not to exceed 15 miles per hour and for use off public roads

   subject to the provisions under Special Amounts of Insurance.

4. **"Aircraft"** and parts.

5. **"Hovercraft"** and parts.

6. Personal property of roomers, roommates, boarders, or other tenants. This does not apply to property of roomers, roommates, boarders or other tenants who qualify as **"insureds"**

Ex.10, P. 32

0901119ca428d3d1
USAA Confidential

7. Personal property in an apartment regularly rented or held for rental to others by any **"insured"**, except as provided in ADDITIONAL COVERAGES, Landlord's Furnishings.

8. Property rented or held for rental to others off the **"residence premises"**.

9. **"Business"** data, records, recordings, images and photographs including such data stored in:

   a. Books of account, drawings or other paper records; or,

   b. Electronic storage media.

   However, we do cover the cost of blank recording or storage media, and of prerecorded computer programs available on the retail market.

10. Personal data, records, recordings, images, and photographs, regardless of storage media. This includes songs, movies and other audio or video media which you purchase and download onto a computer or portable electronic media player, other than as provided in ADDITIONAL COVERAGES, Electronic Media. However, we do cover the cost of blank recording or storage media, and of prerecorded computer programs available on the retail market.

11. Credit cards, electronic fund transfer cards or access devices used solely for deposit, withdrawal or transfer of funds except as provided in ADDITIONAL COVERAGES, Credit Card Coverage and Identity Fraud Expense Coverage.

**COVERAGE D - Loss of Use Protection**

The amount of insurance for Loss of Use shown on the Declarations is the total limit for all the coverages that follow.

1. **Additional Living Expense.** If a loss covered under Section I – LOSSES WE COVER makes that part of the **"residence premises"** where you reside uninhabitable, we cover the reasonable and necessary increase in living expenses incurred by you so that your household can maintain its normal standard of living.

   Payment will be for the shortest time required to repair or replace the damage or, if you permanently relocate, the shortest time required for your household to settle elsewhere, in either event, not to exceed 12 months.

   However, if a loss covered under Section I – LOSSES WE COVER results from an event which is assigned a Property Claims Service (PCS) catastrophe code, payment will be the for the shortest time required to repair or replace the damage, or if you permanently relocate, the shortest time required for your household to settle elsewhere, in either event not to exceed 24 months. This extension does not increase the amount of insurance provided under Loss of Use Protection.

2. **Fair Rental Value.** If a loss covered under Section I – LOSSES WE COVER makes that part of the **"residence premises"** rented to others or held for rental by you uninhabitable, we cover the fair rental value of that part of the **"residence premises"** rented to others or held for rental by you less any expenses that do not continue while the premises is uninhabitable.

   Payment will be for the shortest time required to repair or replace that part of the premises rented or held for rental, but not to exceed 12 months.

3. **Prohibited Use.** If a loss covered under Section I – LOSSES WE COVER results in an order from a civil authority prohibiting you from use of the **"residence premises"** as a result of direct damage to neighboring premises by a loss covered under Section I – LOSSES WE COVER, we cover the Additional Living Expense or Fair Rental Value loss as provided under 1. and 2. above for not more than two weeks. A neighboring premise is defined as a premises that is adjacent to the **"residence premises"**.

Ex.10, P. 33

0901119ca428d3d1 USAA Confidential

The periods of time under 1., 2., and 3. above are not limited by expiration of this policy.

We do not cover loss or expense due to cancellation of a lease or agreement.

Except as provided by ADDITIONAL COVERAGES Fungus, or Wet or Dry Rot, the coverage afforded under 1., 2. and 3. does not apply to loss caused by **"fungus"**, or wet or dry rot.

No deductible applies to the coverage afforded under 1, 2. and 3. above.

## ADDITIONAL COVERAGES

Unless specifically addressed elsewhere in this policy, the coverages provided below are the only coverages provided for the following:

1. **Debris Removal**

   a. We will pay your reasonable expense for the removal of:

      (1) Debris of covered property if loss to the damaged property is covered under Section I – LOSSES WE COVER; or

      (2) Ash, dust or particles from a volcanic eruption that has caused direct loss to a building or property contained in a building.

      This expense is included in the amount of insurance that applies to the damaged property. When the amount payable for the actual damage to the property plus the expense for debris removal exceeds the amount of insurance for the damaged property, an additional 5% of that amount of insurance will be available to cover debris removal expense.

   b. We will also pay your reasonable expense, up to $1,000 in the aggregate, for the removal from the **"residence premises"** of:

      (1) Your tree(s) felled by the peril of windstorm or hail, or weight of ice, snow or sleet; or

      (2) A neighbor's tree(s) felled by a loss covered under **"named peril(s)"**.

      provided the tree(s)

      (3) Damage(s) a covered structure; or

      (4) Does not damage a covered structure; but

         (a) Blocks a driveway on the **"residence premises"** which prevents a **"motor vehicle"** that is registered for use on public roads or property, from entering or leaving the **"residence premises"**; or

         (b) Blocks a ramp or other fixture designed to assist a handicapped person to enter or leave the dwelling building.

      The $1,000 limit is the most we will pay in any one loss regardless of the number of fallen trees. No more than $500 of this limit will be paid for the removal of any one tree.

      This coverage reduces the amount of insurance that applies to the covered property.

      The policy deductible applies.

2. **Reasonable Repairs.** In the event that covered property is damaged by an applicable loss under Section I – LOSSES WE COVER, we will pay the reasonable expense incurred by you, for necessary measures taken solely to protect against further damage. If the measures taken involve repair to other damaged property, we will pay for those measures only if that property is covered under this policy and the damage to that property is caused by an applicable loss under Section I – LOSSES WE COVER. This coverage reduces the amount of insurance that applies to the covered property and does not relieve you of your duties in case of a loss to covered property, as set forth in Section I – CONDITIONS 2.d.

0901119ca428d3d1 USAA Confidential