IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ESTATE OF JOSIAH WHEELER pursuant to the assignment of rights of insured Deborah Overly and Terry Summers, *et al.*<br><br>              Plaintiffs,<br>   v.<br><br>GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY, a Subsidiary of USAA Insurance Company,<br><br>              Defendant. | Case No. 4:20-cv-00041-SLG |

## **ORDER**

Before the Court at Docket 88 is Plaintiffs' Motion to Stay Garrison's Motion for Summary Judgment on Bad Faith Pursuant to FRCP 56(d). Defendant responded in opposition to the motion at Docket 92, to which Plaintiffs replied at Docket 95. Upon due consideration, the motion is DENIED. The Court finds that the more efficient use of limited judicial resources is for the Court to hear oral argument on both Garrison's motion and Plaintiff's Motion on Rendering of Confession of Judgment and Attorneys Fees at the same time. Accordingly, Oral Argument on Plaintiffs' Motion on Rendering of Confession of Judgment and Attorney Fees at Docket 79 and Defendant's Cross Motion for Summary Judgment at Docket 82 is scheduled for **October 6, 2025, at 1:30 p.m.** in the Fairbanks

Courtroom. Each side will be accorded up to 20 minutes to make its arguments.

Also before the Court at Docket 96 is Defendant's Motion to Strike Plaintiffs' Reply to Opposition to Motion to Stay Garrison's Motion for Summary Judgment on Bad Faith Pursuant to FRCP 56(D) or for Leave to File Sur-Reply. Plaintiffs responded with limited non-opposition to the motion at Docket 98 to which Defendant replied at Docket 102. The Court GRANTS the Motion for Leave to file Sur-Reply and treats the filings at Docket 96 and 102 as such.[1]

DATED this 7th day of August 2025, at Anchorage, Alaska.

/s/ Sharon L. Gleason
UNITED STATES DISTRICT JUDGE

---

[1] *See* Docket 102 at 3 ("At this time, Defendant believes it has addressed the new arguments at Docket 96 'Motion to Strike or Allow Sur Reply,' and relies on the same.").

Case No. 4:20-cv-00041-SLG, *Estate of Josiah Wheeler v. Garrison Property Insurance Co.*
Order
Page 2 of 3
Case 4:20-cv-00041-SLG    Document 103    Filed 08/08/25    Page 2 of 3

Case No. 4:20-cv-00041-SLG, *Estate of Josiah Wheeler v. Garrison Property Insurance Co.*
Order
Page 3 of 3
Case 4:20-cv-00041-SLG    Document 103    Filed 08/08/25    Page 3 of 3